United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVIE BOULAS,

    Plaintiff,

  v.

JPMORGAN CHASE & CO.,

    Defendant
                            /

No. C-09-2962 MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL**

    By order of the United States Judicial Panel on Multidistrict Litigation, filed June 26, 2009, the above-titled action was transferred to this District, and, on July 1, 2009, was assigned to the undersigned.

    To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit, no later than July 17, a chambers copy of the Notice of Removal filed February 13, 2009 in the Northern District of Ohio.

    **IT IS SO ORDERED.**

Dated: July 6, 2009

MAXINE M. CHESNEY
United States District Judge